K<small>ENNETH</small> E. K<small>ELLER</small> (SBN 71450)
T<small>HOMAS</small> H. S<small>LOAN</small>, J<small>R</small>. (SBN 58322)
L<small>ORI</small> L. B<small>EHUN</small> (SBN 202309)
K<small>RIEG</small>, K<small>ELLER</small>, S<small>LOAN</small>, R<small>EILLEY</small> & R<small>OMAN LLP</small>
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff
MACROVISION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACROVISION CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA INCORPORATED, a Delaware corporation,<br><br>                    Defendant. | Case No.: C07 4209 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 20, 2007                    K<small>RIEG</small>, K<small>ELLER</small>, S<small>LOAN</small>, R<small>EILLEY</small> & R<small>OMAN LLP</small>


By: _____/s/_____
     KENNETH E. KELLER
     Attorneys for Plaintiff
     MACROVISION CORPORATION

81751

1