IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MACROVISION CORPORATION,

      Plaintiff,

v.

MOTOROLA INCORPORATED,

      Defendant.

No. C 07-04209SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 30, 2007, at 2:00 p.m.

Dated: August 22, 2007

RICHARD W. WIEKING, Clerk

*Tsutton*

Tracy Sutton
Deputy Clerk