| | |
|---|---|
| 1 | Rebecca Edelson (No. 150464) |
| 2 | STEPTOE & JOHNSON, LLP |
|  | 2121 Avenue of the Stars, Suite 2800 |
| 3 | Los Angeles, CA 90067 |
|  | Phone: (310) 734-3200 |
| 4 | Fax:    (310) 734-3300 |
| 5 | Email: redelson@steptoe.com |

Steven K. Davidson (*pro hac vice* appl. to be submitted)
Scott W. Doyle (*pro hac vice* appl. to be submitted)
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:    (202) 429-3902
Email: sdavidson@steptoe.com
            sdoyle@steptoe.com

ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF MOTOROLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACROVISION CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INCORPORATED, a Delaware Corporation<br><br>Defendant. | Case No.: 07-04209 (SI)<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF MOTOROLA, INC'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MOTOROLA, INC.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION<br><br>Counterclaim Defendant. | |

1

DEFENDANT'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-04209 (SI)

Pursuant to Local Civil Rule 3-16, Defendant Motorola, Inc., through its counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

> General Instrument Corporation
> 101 Tournament Drive,
> Horsham, Pennsylvania, 19044.

General Instrument Corporation ("GI") is a wholly owned subsidiary of Motorola, Inc. GI has a financial interest in the subject matter of the proceeding because Plaintiff Macrovision Corporation has alleged that GI has also infringed the patents at issue in this case. In addition, Macrovision's patent infringement and breach of contract claims against Motorola are based, in part, on GI's sale of set-top boxes.

Dated: September 6, 2007

>                                    Respectfully Submitted,
>
>                                    STEPTOE & JOHNSON, LLP
>                                    Rebecca Edelson (No. 150464)
>                                    Steven Davidson*
>                                    Scott Doyle*
>
>
>                              By:    /s/ Rebecca Edelson
>                                    Rebecca Edelson (No. 150464)
>                                    Attorney for Defendant and Counterclaim
>                                    Plaintiff MOTOROLA, INC.

\* Counsel seeking admission *pro hac vice*.

# CERTIFICATE OF SERVICE

I hereby CERTIFY that a true and correct copy of the foregoing Local Rule 3-16 Certification of Interested Entities or Persons was forwarded on September 6, 2007 by electronic means to counsel listed below:

KENNETH E. KELLER (SBN 71450)
THOMAS H. SLOAN, JR. (SBN 58322)
LORI L. BEHUN (SBN 202309)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104

Attorneys for Plaintiff/Counterclaim-Defendant
MACROVISION CORPORATION

By:  /s/ Rebecca Edelson
Rebecca Edelson

DEFENDANT'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-04209 (SI)