1  Rebecca Edelson (No. 150464)
   STEPTOE & JOHNSON, LLP
2  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067
3  Phone: (310) 734-3200
4  Fax:    (310) 734-3300
   Email: redelson@steptoe.com
5
6  Steven K. Davidson (*pro hac vice* appl. to be submitted)
   Scott W. Doyle (*pro hac vice* appl. to be submitted)
7  STEPTOE & JOHNSON, LLP
   1330 Connecticut Ave., NW
8  Washington, DC 20036-1795
9  Phone: (202) 429-3000
   Fax:    (202) 429-3902
10 Email: sdavidson@steptoe.com
            sdoyle@steptoe.com
11
12 ATTORNEYS FOR DEFENDANT/
   COUNTERCLAIM PLAINTIFF MOTOROLA, INC.
13
14                  UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA
16                  SAN FRANCISCO DIVISION

17 MACROVISION CORPORATION, a          )   Case No.: 07-04209 (SI)
   Delaware corporation                )
18                                     )   **DEFENDANT AND COUNTERCLAIM**
                  Plaintiff,           )   **PLAINTIFF MOTOROLA, INC.'S RULE**
19                                     )   **7.1 DISCLOSURE STATEMENT**
20       v.                            )
                                       )
21 MOTOROLA, INCORPORATED, a           )
   Delaware Corporation                )
22                                     )
                  Defendant.           )
23 ─────────────────────────────────
   MOTOROLA, INC.                      )
24                                     )
                  Counterclaim Plaintiff, )
25                                     )
26       v.                            )
                                       )
27 MACROVISION CORPORATION             )
                                       )
28                                     )
                  Counterclaim Defendant. )

                                1

1      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Motorola, Inc.,

2  through its counsel, files this Corporate Disclosure statement.

3      Motorola, Inc. is a publicly held company.  No publicly held company holds more than

4

5  10% of Motorola stock.

6

7  Dated:      September 6, 2007

8

9                           Respectfully Submitted,

10

11                         STEPTOE & JOHNSON, LLP
Rebecca Edelson (No. 150464)

12                         Steven K. Davidson*
Scott W. Doyle*

13

14               By: _____/s/ Rebecca Edelson_____

15                      Rebecca Edelson (No. 150464)
Attorney for Defendant and Counterclaim

16                      Plaintiff MOTOROLA, INC.

17

18  * Counsel seeking admission *pro hac vice.*

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 07-04209 (SI)

1

## CERTIFICATE OF SERVICE

2

I hereby CERTIFY that a true and correct copy of the foregoing Rule 7.1 Disclosure

3

Statement was forwarded on September 6, 2007 by electronic means to counsel listed below:

4

5

6          KENNETH E. KELLER (SBN 71450)
           THOMAS H. SLOAN, JR. (SBN 58322)
7            LORI L. BEHUN (SBN 202309)
        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
8            114 Sansome Street, 4th Floor
             San Francisco, CA  94104
9

10       Attorneys for Plaintiff/Counterclaim-Defendant
             MACROVISION CORPORATION
11

12

13

14

15                                      By:  /s/ Rebecca Edelson
                                             Rebecca Edelson
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 07-04209 (SI)