| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KRIEG KELLER SLOAN<br>114 SANSOME ST<br>4TH FL<br>SAN FRANCISCO CA 94104 | 415 249-8330<br><br>Ref. No. or File No<br>20097-001 | |
| ATTORNEY FOR: PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE:<br>MACROVISION v. MOTOROLA | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 187619 | | | | C 07 4209 PVT |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO USDC-NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; COMPLAINT; AND EXHIBITS A TO G.

2. a. Party served: MOTOROLA INCORPORATED, a
      Delaware corporation, by serving its Agent for Service of
      Process CT CORPORATION SYSTEMS, INC.
   b. Person served: MARA VELASCO
      Clerk
   c. Address:
      818 W SEVENTH ST 2ND FL.
      LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 08/17/07 (2) At: 11:08AM

5. Person serving: TONY STEWART                  Fee for service $       .00

APEX ATTORNEY SERVICES          d. Registered California process server
1055 WEST SEVENTH STREET        (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
213-488-1500 FAX                (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 09/07/07                          > SIGNATURE