1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   THOMAS H. SLOAN, JR. (SBN 58322) tsloan@kksrr.com
2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
4  San Francisco, CA 94104
   Phone: (415) 249-8330
5  Fax:   (415) 249-8333
6  ATTORNEYS FOR
   MACROVISION CORPORATION
7
   REBECCA EDELSON (SBN150464) redelson@steptoe.com
8  STEPTOE & JOHNSON, LLP
9  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067
10 Phone: (310) 734-3200
   Fax:   (310) 734-3300
11
12 STEVEN K. DAVIDSON (*pro hac vice* application to be submitted) sdavidso@steptoe.com
   SCOTT DOYLE (*pro hac vice* application to be submitted) sdoyle@steptoe.com
13 STEPTOE & JOHNSON, LLP
   1330 Connecticut Ave., NW
14 Washington, DC 20036-1795
15 Phone: (202) 429-3000
   Fax:   (202) 429-3902
16
   ATTORNEYS FOR MOTOROLA, INC. AND
17 GENERAL INSTRUMENTS CORPORATION
18                  UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20
                        SAN FRANCISCO DIVISION
21

22 MACROVISION CORPORATION,          | No. C 07-04209 (SI)
23                                   |
         Plaintiff,                  | **STIPULATION OF DISMISSAL OF**
24                                   | **CONSOLIDATED CASES WITHOUT**
     vs.                             | **PREJUDICE**
25                                   |
26 MOTOROLA, INC                     |
                                     |
27       Defendant                   |

28
                                    1

STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE
CASE NOS: C07-04209 (SI) AND C 07-04617 (SI)

| | |
|---|---|
| GENERAL INSTRUMENT CORPORATION, (d/b/a Home & Mobility Networks),<br><br>Plaintiff,<br><br>vs.<br><br>MACROVISION CORPORATION,<br><br>Defendant | No. C 07-04617 (SI) |

IT IS HEREBY STIPULATED by and between Macrovision Corporation ("Macrovision"), Motorola, Inc. ("Motorola"), and General Instruments, Inc. ("GI"), the parties to the above captioned consolidated actions in the United States District Court for the Northern District of California (*i.e.*, *General Instrument Corp. v. Macrovision Corp.*, No. 07-04617 (SI) and *Macrovision Corporation v. Motorola, Inc.*, No. C 07-04209 (SI)) through their designated counsel of record that those consolidated actions are hereby dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and attorneys' fees incurred in connection with those consolidated actions.

Dated: October 10, 2007        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____
    Michael D. Lisi
    Attorneys for
    MACROVISION CORPORATION

Dated: October 10, 2007        STEPTOE & JOHNSON, LLP

By: _____
    Rebecca Edelson
    Attorneys for
    MOTOROLA, INC. and GENERAL
    INSTRUMENT CORPORATION

2

STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE
CASE NOS: C07-04209 (SI) AND C 07-04617 (SI)

DOC. # CC-167956 V.1