KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
THOMAS H. SLOAN, JR. (SBN 58322) tsloan@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Phone: (415) 249-8330
Fax:    (415) 249-8333
ATTORNEYS FOR
MACROVISION CORPORATION

REBECCA EDELSON (SBN150464) redelson@steptoe.com
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300

STEVEN K. DAVIDSON (*pro hac vice* application to be submitted) sdavidso@steptoe.com
SCOTT DOYLE (*pro hac vice* application to be submitted) sdoyle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:    (202) 429-3902

ATTORNEYS FOR MOTOROLA, INC. AND
GENERAL INSTRUMENTS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MACROVISION CORPORATION,<br><br>      Plaintiff,<br><br>   vs.<br><br>MOTOROLA, INC<br><br>      Defendant | No. C 07-04209 (SI)<br><br>**STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE** |

1

GENERAL INSTRUMENT CORPORATION,            No. C 07-04617 (SI)
(d/b/a Home & Mobility Networks),

        Plaintiff,

    vs.

MACROVISION CORPORATION,

        Defendant

      IT IS HEREBY STIPULATED by and between Macrovision Corporation ("Macrovision"), Motorola, Inc. ("Motorola"), and General Instruments, Inc. ("GI"), the parties to the above captioned consolidated actions in the United States District Court for the Northern District of California (*i.e.*, *General Instrument Corp. v. Macrovision Corp.*, No. 07-04617 (SI) and *Macrovision Corporation v. Motorola, Inc.*, No. C 07-04209 (SI)) through their designated counsel of record that those consolidated actions are hereby dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and attorneys' fees incurred in connection with those consolidated actions.

Dated: October 10, 2007      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____
    Michael D. Lisi
    Attorneys for
    MACROVISION CORPORATION

Dated: October 10, 2007      STEPTOE & JOHNSON, LLP

By: _____
    Rebecca Edelson
    Attorneys for
    MOTOROLA, INC. and GENERAL
    INSTRUMENT CORPORATION

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Susan Illston
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE
CASE NOS. C 07-04209 (SI) AND C 07-04617 (SI)

DOC. # CC-167956 V.1